UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH P. HICKEY, et al.,

                Plaintiffs,

                -against-

JOSEPH P. SMITH, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/2023

1:23-cv-2538 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      The parties are HEREBY ORDERED to file a Joint Status Letter on or before April 10, 2023 regarding the status and procedural history of this case.

**SO ORDERED.**

Date: April 3, 2023
New York, NY

                _____
                **MARY KAY VYSKOCIL**
                **United States District Judge**