```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH P. HICKEY, et al.,

               Plaintiffs,

-against-

JOSEPH P. SMITH, et al.,

               Defendants.

1:23-cv-2538 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The parties are HEREBY DIRECTED to disregard the Joint Status Letter deadline in the Order at ECF No. 65.  The Joint Status Letter must be filed on or before April 10, 2023, as directed in the Order at ECF No. 64.

**SO ORDERED.**

**Date: April 4, 2023**
**New York, NY**

                                    */s/ Mary Kay Vyskocil*
                                  **MARY KAY VYSKOCIL**
                                  **United States District Judge**