USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/15/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH P. HICKEY and LAUREL ULRICH,
*individually and as guardian of two minor children,*

                              Plaintiffs,

                    -against-

JOSEPH P. SMITH, JOSEPH J. GRILLO,
RICHARD F. PASSARELLI, JOSEPH C.
PHAIR, BV AT JFK, INC., J. CALDWELL
CORPORATION, JJJ&R CORPORATION,
VERONICA & JOSEPHINE CORPORATION,
C. SMITH CORPORATION, STRATHROY
PARK CORPORATION, and R.J.J.J.
RESTAURANT CORPORATION,

                              Defendants.

---

1:23-cv-2538 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On March 3, 2025, the Court issued an Opinion and Order in which the Court stayed the case pending arbitration.  [ECF No. 129].

Accordingly, IT IS HEREBY ORDERED that the parties shall file a joint letter on or before June 4, 2025, and every four months thereafter, apprising the Court of the status of the arbitration proceedings and whether the stay should be lifted.

**SO ORDERED.**

Date:  **May 15, 2025**
       **New York, NY**

                    **MARY KAY VYSKOCIL**
                    **United States District Judge**